UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY HARDY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>  Defendant. | CIV-F-08-0788 AWI SMS<br><br>ORDER RE: INTRADISTRICT<br>TRANSFER TO SACRAMENTO |

Plaintiff filed suit in the Eastern District of California, Fresno Division on June 4, 2008 seeking review of a Social Security Administration denial of disability benefits. In the complaint, Plaintiff asserts she is "a resident of Redding, CA, Shasta County, which is located in the Eastern District of California, and thus venue in this district is proper." Doc. 1, Complaint, at 1:22-24. Under the applicable law, "Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides..." 42 U.S.C. §405(g). Under the local rules of the Eastern District,

> All civil and criminal actions and proceedings of every nature and kind cognizable by the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare and Tuolumne counties shall be commenced in the United States District Court sitting in Fresno, California, and in Bakersfield, Yosemite National Park or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings. All civil and criminal actions and legal proceedings of every nature

and kind cognizable in the United States District Court for the Eastern District of California arising in Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, <u>*Shasta*</u>, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo and Yuba counties shall be commenced in Sacramento, California, and in Redding or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings.

Local Rule 3-120(d), emphasis added. Local Rule 3-120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that an action has not been commenced in the proper Court in accordance with this Rule, or for other good cause, the Court may transfer the same to another venue within the District."

Accordingly, it is hereby ORDERED that this matter is transferred to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

**Dated:   June 10, 2008**                              **/s/ Anthony W. Ishii**
                                                                     UNITED STATES DISTRICT JUDGE