1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 **SALLY HARDY**                    )   Case No. CIV-08-1327 GGH
                                       )
12                                     )
                                       )   **STIPULATION AND ORDER**
13         **Plaintiff,**              )   **EXTENDING PLAINTIFF'S TIME TO**
                                       )   **FILE MEMORANDUM IN SUPPORT**
14 v.                                  )   **OF SUMMARY JUDGMENT**
                                       )
15 **MICHAEL J. ASTRUE**               )
   **Commissioner of Social Security** )
16 **of the United States of America,**)
                                       )
17         **Defendant.**              )
                                       )
18 _____)

19
        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
   the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
   in this case is hereby extended from November 27, 2008 to February 17, 2009.  This is Plaintiff's first
22
   extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid
23
   February 2009.
24
   / / / /
25
   / / / /
26
   / / / /
27
   / / / /
28

                                                  1

1 | Dated: November 25, 2008 /s/Bess M. Brewer
BESS M. BREWER
2 | Attorney at Law

3 | Attorney for Plaintiff

4

5
Dated: November 25, 2008 McGregor W. Scott
6
United States Attorney
7
/s/  Gina Shin
8 | GINA SHIN

Special Assistant U.S. Attorney
9 | Social Security Administration

10 | Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 3, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

hardy.eot