1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                      **EASTERN DISTRICT OF CALIFORNIA**
10

11 **SALLY HARDY**                    )        **Case No. CIV-08-1327 GGH**
                                      )
12                                    )
                                      )        **STIPULATION AND ORDER**
13          **Plaintiff,**            )        **EXTENDING PLAINTIFF'S TIME TO**
                                      )        **FILE MEMORANDUM IN SUPPORT**
14 **v.**                             )        **OF SUMMARY JUDGMENT**
                                      )
15 **MICHAEL J. ASTRUE**              )
   **Commissioner of Social Security**)
16 **of the United States of America,**)
                                      )
17          **Defendant.**            )
                                      )
18 _____  )

19
          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
   the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
   in this case is hereby extended from February 17, 2009 to March 17, 2009.  This extension is required
22
   due to Plaintiff's counsel's extremely crowded  briefing schedule.
23

24

25
   / / / /
26
   / / / /
27
   / / / /
28

                                            1

1   Dated: February 17, 2009              */s/Bess M. Brewer*
                                          BESS M. BREWER
2                                         Attorney at Law

3                                         Attorney for Plaintiff

4

5
    Dated: February 17, 2009              McGregor W. Scott
6
                                          United States Attorney
7
                                          /s/   *Gina Shin*
8                                         GINA SHIN

9                                         Special Assistant U.S. Attorney
                                          Social Security Administration
10
                                          Attorney for Defendant
11

12
                          **ORDER**
13
    APPROVED AND SO ORDERED.
14
    DATED: February 19, 2009
15

16                               /s/ Gregory G. Hollows

17                                        GREGORY G. HOLLOWS
                                          U.S. MAGISTRATE JUDGE
18
    hardy.eot
19

20

21

22

23

24

25

26

27

28