```
 1  BESS M. BREWER, #100364
    LAW OFFICE OF
 2  BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
 3  Sacramento, CA 95817
    Telephone: (916) 454-3111
 4  Facsimile: (916) 454-3131

 5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY HARDY ) | Case No. CIV-08-1327 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE ) Commissioner of Social Security ) of the United States of America, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 17, 2009 to March 23, 2009. This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: March 17, 2009　　　　　　　　　*/s/Bess M. Brewer*
　　　　　　　　　　　　　　　　　　　BESS M. BREWER
　　　　　　　　　　　　　　　　　　　Attorney at Law

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: March 17, 2009　　　　　　　　　McGregor W. Scott

　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　/s/ *Jacqueline Forslund for Theophous J. Reagans*
　　　　　　　　　　　　　　　　　　　THEOPHOUS J. REAGANS

　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: March 20, 2009

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

hardy.eot3