1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5    333 Market Street, Suite 1500
     San Francisco, California 94105
6    Telephone: (415) 977-8943
     Facsimile: (415) 744-0134
7    E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
11                          SACRAMENTO DIVISION

| | |
|---|---|
| SALLY HARDY, | CIVIL NO. 2:08-CV-1327 GGH |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through June 7, 2009, in which to e-file his response to Plaintiff's motion for summary judgment. This extension is requested because defense counsel has been out of the office due to illness. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

| | | | |
|---|---|---|---|
| 1 | Dated: May 7, 2009 | | *Bess M. Brewer* |
| 2 | | | *(As authorized via email)* |
| | | | BESS M. BREWER |
| 3 | | | Attorney for Plaintiff |
| 4 | | | |
| | | | LAWRENCE G. BROWN |
| 5 | | | United States Attorney |
| | | | LUCILLE GONZALES MEIS |
| 6 | | | Regional Chief Counsel, Region IX |
| 7 | Dated: May 7, 2009 | By: | */s/ Theophous H. Reagans* |
| 8 | | | THEOPHOUS H. REAGANS |
| | | | Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 12, 2009

**GREGORY G. HOLLOWS**

Gregory G. Hollows
United States Magistrate Judge